UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT             FILED

SHEILA HILTON                          JURY TRIAL DEMANDED  2009 SEP 15  A 11: 03

v.                                     CASE NO. 3:09CV                  DISTRICT COURT
                                                                        BRIDGEPORT, CONN.

BAY AREA CREDIT SERVICE LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §1331 and § 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant was licensed as a Consumer Collection Agency pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff concerning an effort to collect a disputed personal account in which the creditor was identified as American Medical Response (AMR).

7. In 2007, defendant coerced plaintiff into paying an ambulance bill for another Sheila Hilton that had originated with AMR on April 16, 2006, by listing it on her credit report even though it was not her bill and even though she assured them she was not the Sheila Hilton, dob 1963, SSN ***-**-2969 who had received the 2006 service from American

Medical Response.

8. The AMR bill for the other Sheila Hilton was paid by CIGNA on May 11, 2006, except for a small deductible.

9. Defendant did not refund any money to plaintiff but kept her payment as well as CIGNA's.

10. In July, 2009, defendant began efforts to elicit payment of the deductible from plaintiff even though she assured them she was not the Sheila Hilton, dob 1963, SSN \*\*\*-\*\*-2969 who had received the 2006 service from American Medical Response.

FIRST COUNT

11. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

12. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

13. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

        THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
     JOANNE S. FAULKNER ct04137
     123 Avon Street
     New Haven, CT 06511-2422
     (203) 772-0395
     faulknerlawoffice@snet.net