UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHEILA HILTON | : | No. 3:09-cv-01455 (SRU) |
| | : | |
| V. | : | |
| | : | |
| BAY AREA CREDIT SERVICE LLC | : | April 29, 2010 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendants, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF | DEFENDANT |
|---|---|
| | BAY AREA CREDIT SERVICE LLC |
| By:___/s/ Joanne S. Faulkner_____ | By:_____/s/_Brian E. Tims_____ |
| Joanne S. Faulkner (ct04137) | Brian E. Tims (ct27962) |
| Law Offices of Joanne Faulkner | Zeldes, Needle & Cooper, P.C. |
| 123 Avon Street | 1000 Lafayette Blvd., Suite 500 |
| New Haven, CT 06511-2422 | Bridgeport, CT 06604 |
| Tel. 203-772-0395 | Tel: (203) 333-9441 |
| Email: faulknerlawoffice@snet.net | Fax: (203) 333-1489 |
| | Email: btims@znclaw.com |
| Her Attorney | Juris No. 69695 |
| | Its Attorneys |

DEFENDANT
AMERICAN MEDICAL RESPONSE OF
CT, INC.

BY: /s/ Frederick J. Trotta Sr.\_\_\_\_
    Frederick J. Trotta, Sr., Esq.
    Federal Bar No. ct02621

    LoRicco, Trotta & LoRicco, LLC
    216 Crown Street, Suite 502
    New Haven, CT 06510
    Telephone: (203) 865-3123
    Facsimile: (20) 865-2881
    Email: FTrotta@LTLlaw.com

Its Attorneys